Judith A. Lockhart
Leonardo Trivigno
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005
Telephone: (212) 732-3200
lockhart@clm.com
trivigno@clm.com

and

John E. Petite
Greensfelder, Hemker and Gale, P.C.
2000 Equitable Building
10 South Broadway
St. Louis, Missouri 63102
jep@greensfelder.com

*Attorneys for Defendant Charles A. Nicolais*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| BALCHEM CORPORATION, | ECF Case |
| Plaintiff, | Case No. 14-cv-9219 (CS) |
| v. | |
| CHARLES A. NICOLAIS, | |
| Defendant. | |

-------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in the above-captioned action for Defendant, Charles A. Nicolais. I certify that I am admitted to practice before this Court.

Dated:  December 11, 2014
        New York, New York

                                    CARTER LEDYARD & MILBURN LLP

                                    By:   /s/ Judith A. Lockhart
                                    Judith A. Lockhart
                                    2 Wall Street
                                    New York, New York 10005
                                    Tel: (212) 732-3200
                                    lockhart@clm.com

                                    *Attorneys for Defendant Charles A. Nicolais*

7555330.1