Judith A. Lockhart
Leonardo Trivigno
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005
Telephone: (212) 732-3200
lockhart@clm.com
trivigno@clm.com

and

John E. Petite
Greensfelder, Hemker and Gale, P.C.
2000 Equitable Building
10 South Broadway
St. Louis, Missouri 63102
jep@greensfelder.com

*Attorneys for Defendant Charles A. Nicolais*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BALCHEM CORPORATION,                    :     ECF Case
                                        :
            Plaintiff,                  :     Case No. 14-cv-9219 (CS)
                                        :
      v.                                :
                                        :
CHARLES A. NICOLAIS,                    :
                                        :
            Defendant.                  :
-----------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in the above-captioned action for Defendant, Charles A. Nicolais. I certify that I am admitted to practice before this Court.

Dated: December 11, 2014
       New York, New York

                                          CARTER LEDYARD & MILBURN LLP

                                          By: ___/s/ Leonardo Trivigno_____
                                          Leonardo Trivigno
                                          2 Wall Street
                                          New York, New York 10005
                                          Tel: (212) 732-3200
                                          trivigno@clm.com

                                          *Attorneys for Defendant Charles A. Nicolais*