## CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

**Leonardo Trivigno**
Associate

Direct Dial: 212-238-8724
E-mail: trivigno@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

December 11, 2014

**VIA ECF AND BY ELECTRONIC MAIL TO: chambersnysdseibel@nysd.uscourts.gov**

The Honorable Cathy Seibel
United States District Court Judge
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *Balchem Corp. v. Charles A. Nicolais* (Case No.14-9219 (CS))

Dear Judge Seibel:

    This firm represents Defendant Charles A. Nicolais in the matter referenced above. In accordance with Rule #1 (E) of Your Honor's Individual Practices, we respectfully request an extension of Defendant's time to respond to Plaintiff's complaint from December 11, 2014 to December 18, 2014. This extension is requested to afford Defendant additional time to formulate and prepare a response to the claims asserted in Plaintiff's complaint. This is Defendant's first request for an extension of time to respond to Plaintiff's complaint. Plaintiff has consented to the extension.

Respectfully submitted,

Leonardo Trivigno
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005

*Counsel for Defendant Charles A. Nicolais*

cc: Eve I. Klein (via ECF)
    *Attorney for Plaintiff*

1514653