```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/15
```

# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

**MEMO ENDORSED**

Judith A. Lockhart
Partner

Direct Dial. 212-238-8603
E-mail: lockhar@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

February 10, 2015

**VIA ECF AND ELECTRONIC MAIL TO: chambersnysdseibel@nysd.uscourts.gov**

Honorable Cathy Seibel
United States District Court Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: **Balchem Corp. v. Charles A. Nicolais - Case No. 14-9219 (CS)**

Dear Judge Seibel:

This firm is local counsel to Defendant Charles Nicolais ("Mr.Nicolais") in the above-referenced action. Mr. Nicolais' lead counsel is John E. Petite with Greensfelder, Hemker & Gale, P.C., a law firm whose principal office is located in St. Louis, Missouri. I write to respectfully request leave for Mr. Petite to appear telephonically for the conference scheduled for February 19, 2015, to consider Mr. Nicolais' request to file a motion to stay this action pending the resolution of a Motion to Transfer filed by Plaintiff Balchem Corp. in an earlier filed action pending in the United States District Court for the Eastern District of Missouri, Case No. 4:14cv1936 CAS. I intend to appear in person at the conference on behalf of Mr. Nicolais.

Respectfully submitted,

Judith A. Lockhart

cc: All counsel of record (via ECF)

7581263.1

**Application Granted** ~~Denied~~
**So Ordered.**

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 2/11/15